PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4823
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRENSO DIVISION**

| | |
|---|---|
| CLIOFAS ALANIZ, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security,[1] ) <br> ) <br>     Defendant. ) <br> ) <br> ) | 1:21-cv-00114-BAM <br><br> STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension from December 31, 2021 through January 30, 2022 to respond to Plaintiff's Motion for Summary Judgment. Defendant's counsel had an oral argument before the Ninth Circuit in early December and needs to catch up

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

on her assigned social security briefs.  Defendant's counsel has ten briefs due within the next month.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                               Respectfully submitted,

                                               Disability Advocates Group

Dated:  December 28, 2021     By:     */s/ Michelle Jordana Shvarts  by Chantal R. Jenkins\**
                                                                                       \*As authorized *via* email on Dec. 28, 2021
                                                                                       Michelle Jordana Shvarts
                                                                                       Attorney for Plaintiff

Dated:  December 28, 2021                    PHILLIP A. TALBERT
                                                                  United States Attorney
                                                                  PETER K. THOMPSON
                                                                  Acting Regional Chief Counsel, Region IX
                                                                  Social Security Administration

                                          By:     */s/ Chantal R. Jenkins*
                                                                  CHANTAL R. JENKINS
                                                                  Special Assistant United States Attorney

<u>ORDER</u>

Pursuant to the parties' request, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 30, 2022, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order (Doc. No. 6.) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **December 29, 2021**                    /s/ *Barbara A. McAuliffe*
                                                                                          UNITED STATES MAGISTRATE JUDGE