PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4823
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CLIOFAS ALANIZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00114-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security (Commissioner) has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to re-evaluate the evidence.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: January 5, 2022                    Respectfully submitted,

                                              Disability Advocates Group

                                              */s/ Michelle Jordana Shvarts\**
                                              \*As authorized *via* email on January 5, 2022
                                              Michelle Jordana Shvarts
                                              Attorney for Plaintiff

Dated: January 5, 2022                    PHILLIP A. TALBERT
                                              United States Attorney
                                              PETER K. THOMPSON
                                              Acting Regional Chief Counsel, Region IX
                                              Social Security Administration

                                     By:     */s/ Chantal R. Jenkins*
                                              CHANTAL R. JENKINS
                                              Special Assistant United States Attorney

## ORDER

Based upon the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of § 405(g) consistent with the terms of the Stipulation to Remand.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **January 6, 2022**                    /s/ Barbara A. McAuliffe
                                                                               UNITED STATES MAGISTRATE JUDGE