UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIOFAS ALANIZ,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:21-cv-00114-BAM<br><br>**ORDER REGARDING STIPULATION FOR THE AWARD OF EAJA FEES**<br><br>(Doc. 23) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation") pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), filed on February 16, 2022 (Doc. 23):

    IT IS ORDERED that fees in the amount of five thousand seventy-two dollars ($5,072.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

    Dated:   **February 17, 2022**            /s/ Barbara A. McAuliffe            _
                                                              UNITED STATES MAGISTRATE JUDGE

1